41 A.3d 851

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Glenn D. McGOGNEY, Respondent.**

Supreme Court of Pennsylvania.

Submitted Nov. 30, 2011.

Decided March 26, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, upon consideration of the parties' briefs, the record, and the report and recommendation of the Disciplinary Board, respondent, Glenn D. McGogney, is hereby disbarred.